UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Grand Jury B-18-1

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:19cr315(VLB) |
| v. | VIOLATIONS:<br>18 U.S.C. § 1349<br>(Conspiracy to Commit Bank Fraud) |
| MARQUIS WILLIAMS and<br>DARA MORRISON | |
| | 18 U.S.C. § 1344<br>(Bank Fraud) |
| | 18 U.S.C. § 1028A(a)(1)<br>(Aggravated Identity Theft) |
| | 18 U.S.C. § 1708<br>(Possession of Stolen United States Mail) |

## INDICTMENT

The Grand Jury charges:

### GENERAL ALLEGATIONS

At all times relevant to this Indictment:

1. The defendants MARQUIS WILLIAMS and DARA MORRISON resided in Connecticut.

2. Victim 1, Victim 2, and Victim 3 are persons whose identities are known to the Grand Jury and who resided in Connecticut.

### COUNT ONE
(Conspiracy to Commit Bank Fraud)

3. Paragraphs 1 through 2 are incorporated by reference.

#### The Conspiracy to Defraud

4. Beginning in or about May 2019 and continuing through in or about November 2019, the exact dates being unknown to the Grand Jury, in the District of

Connecticut and elsewhere, the defendants MARQUIS WILLIAMS and DARA MORRISON, along with other individuals known and unknown to the Grand Jury, did knowingly combine, conspire, confederate, and agree to commit an offense against the United States, that is, to defraud various federally-insured banks, and to obtain moneys, funds, credits, assets, securities, and other property owned by and under the custody and control of the banks, by means of false and fraudulent pretenses, representations, and promises, in violation of Title 18, United States Code, Section 1344.

## Purpose of the Conspiracy

5. The purpose of the conspiracy was for WILLIAMS and MORRISON to enrich themselves by defrauding various federally-insured banks and to obtain money and other valuable items belonging to the banks and under their custody and control.

## Manner and Means of the Conspiracy

6. The manner and means by which WILLIAMS, MORRISON, and their co-conspirators sought to accomplish and did accomplish the objects and purposes of the conspiracy included the following:

7. It was part of the conspiracy that WILLIAMS and MORRISON obtained stolen checks that had been made payable to various individuals and business entities.

8. It was further part of the conspiracy that WILLIAMS and MORRISON altered the payee line of each check so that it listed one of their names and/or the name of another individual who was not the intended payee.

9. It was further part of the conspiracy that WILLIAMS and MORRISON altered the payment amount of certain checks.

10. It was further part of the conspiracy that WILLIAMS and MORRISON utilized the stolen checks to create additional, forged copies of checks that they then cashed, attempted to cash, and deposited into accounts they controlled.

11. It was further part of the conspiracy that WILLIAMS and MORRISON utilized their own identities and/or those of other individuals to cash, attempt to cash, and deposit the stolen and altered checks at various Connecticut branches of federally-insured banks.

12. It was further part of the conspiracy that WILLIAMS and MORRISON utilized false and stolen identities, including the identity of Victim 1, to open bank accounts that they controlled.

13. It was further part of the conspiracy that WILLIAMS and MORRISON utilized stolen identities to withdraw and attempt to withdraw funds from federally-insured bank accounts of victims.

All in violation of Title 18, United States Code, Section 1349.

## COUNTS TWO THROUGH TWELVE
(Bank Fraud)

14. Paragraphs 1 through 13 are incorporated by reference.

15. On or about the dates set forth below, the defendants MARQUIS WILLIAMS and DARA MORRISON, in the District of Connecticut and elsewhere, did knowingly execute and attempt to execute a scheme and artifice to obtain moneys, funds, credits, assets, securities, and other property owned by, and under the custody and control of, a federally insured financial institution, by means of false and fraudulent pretenses, representations, and promises.

16. On or about the dates set forth below, in the District of Connecticut and elsewhere, for the purpose of executing and attempting to execute the aforementioned scheme and artifice, WILLIAMS and MORRISON did knowingly cash, attempt to cash, and deposit, the following stolen checks that had altered payees at federally insured banks, each constituting a separate count of this Indictment:

| Count | Defendant | Date cashed | Bank / City | Check No. | Amount |
|---|---|---|---|---|---|
| TWO | MORRISON | 05-31-2019 (cashed) | People's United Bank Branford, CT | 14002 | $1,479.13 |
| THREE | MORRISON | 06-15-2019 (cashed) | TD Bank New Haven, CT | 996139 | $2,246.45 |
| FOUR | WILLIAMS | 09-17-2019 (cashed) | People's United Bank Hamden, CT | 17110 | $1,637.44 (altered from $3,720.58) |
| FIVE | MORRISON | 09-20-2019 (deposited) | Liberty Bank Branford, CT | 12151 | $4,812.05 (altered from $12.05) |
| SIX | MORRISON | 09-20-2019 (deposited) | Liberty Bank Hamden, CT | 12072 | $4,900.00 |
| SEVEN | MORRISON | 09-21-2019 (cashed) | Liberty Bank Wallingford, CT | 28158 | $1,871.20 (altered from $871.20) |
| EIGHT | WILLIAMS | 09-24-2019 (attempted to cash) | People's United Bank West Haven, CT | 73843 | $2,396.00 (altered from $3,600.00) |
| NINE | WILLIAMS | 10-05-2019 (attempted to cash) | People's United Bank New Haven, CT | 267013 | $1,601.94 |
| TEN | WILLIAMS | 10-10-2019 (attempted to cash) | People's United Bank Cheshire, CT | 110878 | $1,688.54 (altered from $388.54) |
| ELEVEN | WILLIAMS | 10-13-2019 (attempted to cash) | People United Bank Milford, CT | 26701 | $1,701.94 |
| TWELVE | MORRISON | 10-31-2019 (cashed) | People's United Bank Milford, CT | 14562 | $1,471.20 (altered from $681.49) |

Each in violation of Title 18, United States Code, Sections 1344 and 2.

4

## COUNT THIRTEEN
(Aggravated Identity Theft)

17. Paragraphs 1, 2, 4 through 13, and 15 to 16 are incorporated by reference.

18. On or about November 7, 2019, the exact date being unknown to the Grand Jury, in the District of Connecticut, the defendant DARA MORRISON did knowingly possess and use, without lawful authority, a means of identification of another person, that is, the name, address, and date of birth of Victim 3, knowing said means of identification belonged to another actual person, during and in relation to a felony violation enumerated in Title 18, United States Code, Section 1028A(c)(5), that is, Conspiracy to Commit Bank Fraud, in violation of Title 18, United States Code, Section 1349, as charged in Count One by presenting a false identification bearing MORRISON's photograph and Victim 3's name, address, and date of birth at a People's United Bank branch in an attempt to withdraw funds from Victim 3's bank account.

In violation of Title 18, United States Code, Section 1028A(a)(1).

## COUNT FOURTEEN
(Aggravated Identity Theft)

19. Paragraphs 1, 2, 4 through 13, and 15 to 16 are incorporated by reference.

20. On or about November 14, 2019, the exact date being unknown to the Grand Jury, in the District of Connecticut, the defendant MARQUIS WILLIAMS did knowingly possess, without lawful authority, a means of identification of another person, that is, the name, date of birth, and social security number of Victim 1, knowing said means of identification belonged to another actual person, during and in relation to a felony violation enumerated in Title 18, United States Code, Section 1028A(c)(5), that is, Conspiracy to Commit Bank Fraud, in violation of Title 18, United States Code, Section 1349, as charged in Count One and specifically detailed in Paragraphs 8, 11, 12, and 13 of this Indictment.

In violation of Title 18, United States Code, Section 1028A(a)(1).

## COUNTS FIFTEEN THROUGH EIGHTEEN
(Possession of Stolen United States Mail)

21. Paragraphs 1 and 2 are incorporated by reference

22. On or about the date set forth below, in the District of Connecticut, the defendants MARQUIS WILLIAMS and DARA MORRISON, as identified below, did unlawfully have in his or her possession United States Mail and articles contained therein, as described below, which had been stolen, taken, and abstracted from a letter box, mail receptacle, and mail route, knowing the same to have been stolen, taken, and abstracted from a letter box, mail receptacle, and mail route, each constituting a separate count of the Indictment:

| Count | Defendant | Date | Description of Items |
| --- | --- | --- | --- |
| FIFTEEN | WILLIAMS | 09-11-2019 | U.S. Postal Service money order no. 26017425900 originally from Victim 2. |
| SIXTEEN | WILLIAMS | 09-11-2019 | U.S. Postal Service money order no. 26017425911 originally from Victim 2. |
| SEVENTEEN | MORRISON | 10-08-2019 | U.S. Postal Service money order no. 26017425900 originally from Victim 2. |
| EIGHTEEN | MORRISON | 10-08-2019 | U.S. Postal Service money order no. 26017425911 originally from Victim 2. |

Each in violation of Title 18, United States Code, Section 1708.

## FORFEITURE ALLEGATION

23. Upon conviction of one or more of the offenses alleged in Counts One through Twelve of this Indictment, the defendants MARQUIS WILLIAMS and DARA MORRISON shall forfeit to the United States of America, pursuant to Title 18 United States Code, Section 981(a)(2), all right, title, and interest in any and all property, real or personal, which constitutes or is derived from proceeds traceable to violations of Title 18, United

States Code, Sections 1344 (bank fraud) and 1349 (bank fraud conspiracy), affecting a financial institution, and all property traceable to such property.

24. If any of the above-described forfeitable property, as a result of any act or omission of the defendants, cannot be located upon the exercise of due diligence, has been transferred, sold to, or deposited with a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b), to seek forfeiture of any other property of said defendants up to the value of the forfeitable property described above.

All in accordance with Title 18, United States Code, Section 982, Title 21, United States Code, Section, 853, and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/s/
_____
FOREPERSON

UNITED STATES OF AMERICA

_____
LEONARD C. BOYLE
FIRST ASSISTANT UNITED STATES ATTORNEY

_____
NATHANIEL J. GENTILE
ASSISTANT UNITED STATES ATTORNEY